Opinion issued December 5, 2002










In The

Court of Appeals

For The

First District of Texas






NO. 01-00-00232-CV






RONALD X. GORDON, Appellant


V.


THE HONORABLE SONNY JAMES, Appellee






On Appeal from the 212th District Court

Galveston County, Texas

Trial Court Cause No. 98-CV-0196






O P I N I O N

 On October 3, 2002, the Court issued an order stating that the appeal would be
dismissed in 30 days unless (1) appellant paid the $125 appellate filing fee and (2)
appellant paid for and filed a supplemental clerk's record demonstrating that the
appeal was taken from a final judgment and that this Court had jurisdiction of the
appeal. 

 The filing fee has not been paid, and no supplemental clerk's record has been
filed. Appellant has not responded to the Court's order of October 3, 2002. 
Accordingly, for the reasons set forth in the Court's order of October 3, 2002, the
appeal is dismissed for want of prosecution. All pending motions are denied as moot.

 It is so ORDERED. 

PER CURIAM

Panel consists of Justices Taft, Alcala, and Price.

Do not publish. Tex. R. App. P. 47.